**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Jeffrey Kraman v. Thomas Hoskinson, et al.

Case Number: 1:16-cv-04960

An appearance is hereby filed by the undersigned as attorney for:
Thomas Hoskinson, #233, individually and as agent, servant or employee of the Mount Prospect Police Department; Lloyd Miller, individually and as agent, servant or employee of the Mount Prospect Fire Department; Unknown Mount Prospect Officers; Unknown Fire Department Personnel- Defendants

Attorney name (type or print): Kathleen M. Terese

Firm: Klein, Thorpe & Jenkins, LTD.

Street address: 20 N. Wacker Dr. Suite 1660

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6302642
(See item 3 in instructions)

Telephone Number: 312-984-6400

Email Address: kmterese@ktjlaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you a
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 6/16/2016

Attorney signature: S/ Kathleen M. Terese